**[8initcnf]** [NOTICE OF INITIAL CONFIRMATION HEARING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:10−bk−24121−CED
Chapter 13

Terese S. Loessl
3210 Alethea Drive
Algonquin, IL 60102

_____Debtor*_____/

NOTICE OF INITIAL CHAPTER 13 CONFIRMATION HEARING

   PLEASE TAKE NOTICE that the debtor filed a Chapter 13 Plan. The Clerk's Office has mailed a copy of the Chapter 13 plan to each affected creditor.

   Creditors are advised that the payment amounts and frequency of payments as described in the debtor's plan will become effective upon Court approval of the plan unless the affected creditor files an objection to confirmation. Such objection must be filed with the Clerk, United States Bankruptcy Court, 801 N. Florida Ave., Tampa, FL 33602.

   NOTICE IS FURTHER GIVEN that a confirmation hearing will be held on December 16, 2010 at 09:30 AM in Courtroom 10B, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602 .

   At the initial confirmation hearing, all pending motions and objections, including any motion to dismiss and any objections to confirmation or objections to claims, will be considered on a preliminary, non evidentiary basis. If there are any pending objections or motions that require an evidentiary hearing, or if there is any other cause to defer confirmation (e.g., the existence of known, but unfiled claims by the I.R.S. or secured creditors) the Court will continue the confirmation hearing to a later date, which continuance will be announced in open court.

   **Accordingly, attendance is optional, except for parties in interest to matters to be considered on a preliminary, non evidentiary basis. Only the Chapter 13 Trustee is required to attend. However, if a party does not attend, that party may not receive notice of any continued confirmation hearing.**

   If you decide to attend the initial confirmation hearing, you are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an addition security measure a photo ID is required for entry into the Courthouse.

   DATED on November 1, 2010

FOR THE COURT
Lee Ann Bennett , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

   *All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.