UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: TERESE S. LOESSL,                CHAPTER 13

Debtor.                                 Case No. 8:10-bk-24121-CED
_____/

## NOTICE OF DEBTOR'S CHANGE OF ADDRESS

COMES NOW, D. TURNER MATTHEWS, as attorney for the above Debtor, and hereby files this Notice of Debtor's change of address as follows:

**OLD ADDRESS**

4978 Gulf of Mexico Dr., Villa #17
Longboat Key, FL 34228

**NEW ADDRESS**

3210 Alethea Drive
Algonquin, IL 60102

DATED this 7 day of January 2011.

/s/ D. Turner Matthews
D. Turner Matthews
Attorney at Law
1720 Manatee Avenue West
Bradenton, FL 34205
941-794-8722
Florida Bar #0105087

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to Terry E. Smith, Trustee, PO Box 6099, Sun City Center, FL 33571 and US Trustee, 501 E. Polk, Suite 1200, Tampa, FL 33602 this 7 day of January 2011.

/s/ D. Turner Matthews
D. Turner Matthews